No. 350, Misc. YOUNG *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 403, Misc. POSTELL *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 435, Misc. BAILEY *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 456, Misc. WRIGHT *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 491, Misc. BARNOSKY *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 496, Misc. WHITE *v.* GRANT, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari denied.

No. 497, Misc. WILLIAMS *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 506, Misc. BROOKS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 518, Misc. BIRDSELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *O. Don Chapoton* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 534, Misc. STAHLMAN *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.